UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE
PRICE CUTTER SALVAGE LIQUIDATORS CO
CUTTERS, PRICE

Debtor(s)

CHAPTER 7

CASE NO. 03-68166 MGD

## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

The approved final distributions in the above styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| JANET G. WATTS, Trustee | $ 13,139.14 | | $ 13,139.14 |
| JANET G. WATTS, Trustee | | $ 762.67 | $ 762.67 |
| Clerk, United States Bankruptcy Court, US Bankruptcy Court | | $ 3,150.00 | $ 3,150.00 |
| Donald Walton, US Trustee's Office | | $ 8,750.00 | $ 8,750.00 |
| Ragsdale, Beals, Seigler, Patterson & Gray LLP, Trustee's Attorney | $ 7,725.50 | | $ 7,725.50 |
| Stonebridge Accounting Strategies, Inc., Trustee's Accountant | $ 3,042.00 | | $ 3,042.00 |
| Stonebridge Accounting Strategies, Inc., Trustee's Accountant | | $ 46.00 | $ 46.00 |
| Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Trustee's Attorney | | $ 34.80 | $ 34.80 |

**Chapter 11 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| Lee County Electric Cooperative Inc., Operating Expenses | | $ 271.40 | $ 95.21 |
| Georgia Department of Revenue, Operating Expenses | | $ 8,894.48 | $ 3,119.88 |
| Jackson Energy Authority, Operating Expenses | | $ 103.75 | $ 36.39 |
| Georgia Department of Revenue, Operating Expenses | | $ 8,042.48 | $ 2,821.02 |
| ADT Security Services, Inc., Operating Expenses | | $ 222.62 | $ 78.09 |
| ADT Security Services, Inc., Operating Expenses | | $ 125.01 | $ 43.85 |
| BellSouth (AT&T), Operating Expenses | | $ 30.60 | $ 10.73 |
| BellSouth (AT&T), Operating Expenses | | $ 396.94 | $ 139.23 |
| BellSouth (AT&T), Operating Expenses | | $ 731.50 | $ 256.58 |
| BellSouth (AT&T), Operating Expenses | | $ 875.35 | $ 307.04 |

| Description | | | |
|---|---:|---:|---:|
| BellSouth (AT&T), Operating Expenses | | $ 306.61 | $ 107.55 |
| BellSouth (AT&T), Operating Expenses | | $ 369.95 | $ 129.77 |
| City of Buford, Operating Expenses | | $ 1,353.10 | $ 474.62 |
| City of Buford, Operating Expenses | | $ 1,940.99 | $ 680.83 |
| City of Lawrenceville, Operating Expenses | | $ 1,269.12 | $ 445.16 |
| Federal Express, Operating Expenses (to be paid to Clerk of Court) | | $ 9.73 | $ 3.41 |
| Jackson Energy Authority, Operating Expenses | | $ 598.89 | $ 210.07 |
| Jackson Energy Authority, Operating Expenses | | $ 87.56 | $ 30.71 |
| Georgia Natural Gas, Operating Expenses | | $ 349.42 | $ 122.56 |
| Georgia Natural Gas, Operating Expenses | | $ 219.48 | $ 76.99 |
| Georgia Power, Operating Expenses | | $ 1,251.76 | $ 439.07 |
| Georgia Power, Operating Expenses | | $ 7,095.77 | $ 2,488.95 |
| Clayton Signs Co., All Other Expenses | | $ 1,950.00 | $ 683.99 |
| Pyramid II, Operating Expenses | | $ 321.16 | $ 112.65 |
| Rug Expo Dalton, LLC, Operating Expenses | | $ 9,278.64 | $ 3,254.63 |
| TeleCheck, Operating Expenses | | $ 3,047.66 | $ 1,069.01 |
| TeleCheck, Operating Expenses | | $ 25.00 | $ 8.77 |
| Zurich North America, Operating Expenses | | $ 1,875.00 | $ 657.69 |
| XO, Operating Expenses | | $ 163.79 | $ 57.45 |
| Labor Ready, Operating Expenses | | $ 2,022.08 | $ 709.28 |
| Labor Ready, Operating Expenses | | $ 54.75 | $ 19.20 |
| Bob Hackendahl, Operating Expenses | | $ 5,375.90 | $ 1,885.68 |
| Bob Hackendahl, Operating Expenses | | $ 20.53 | $ 7.20 |
| Wilma Allen-Trustee, Operating Expenses | | $ 40.28 | $ 14.13 |
| Bank of America, Operating Expenses | | $ 86.09 | $ 30.20 |
| Georgia Department of Labor, Operating Expenses | | $ 9,778.90 | $ 3,430.10 |
| Sun State Mortgage, Operating Expenses | | $ 7,687.21 | $ 2,696.41 |
| Thornton Family Partnership, Operating Expenses | | $ 15,799.80 | $ 5,542.02 |
| Henry County Tax Commissioner, Operating Expenses | | $ 1,220.11 | $ 427.97 |
| Priest Lake Plaza, Operating Expenses | | $ 5,312.74 | $ 1,863.53 |
| Kresses Benda, LLC, Other Professional | $ 126,486.00 | | $ 44,366.91 |
| Kresses Benda, LLC, Other Professional | | $ 5,745.20 | $ 2,015.22 |
| Lamberth, Cifelli, Stokes, Ellis & Nason, Trustee's Attorney | $ 221,467.50 | | $ 77,683.13 |
| Lamberth, Cifelli, Stokes, Ellis & Nason, Trustee's Attorney | | $ 7,069.55 | $ 2,479.75 |

**Unsecured claims:**

| CLAIMANT | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---|---|
| TOTAL AMOUNT DISBURSED ON THIS REPORT: | | $ 197,782.74 |

Prepared by:

_____
Chapter 7 Trustee
Watts & Watts
600 N. Glynn Street
Suite C
Fayetteville, GA  30214
(770) 461-1320

Reviewed and approved by:

_____
Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303