UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| PRICE CUTTER SALVAGE ) | |
| LIQUIDATORS CO, ) | BANKRUPTCY |
| ) | CASE NO. 03-68166-MGD |
| Debtor. ) | |
| _____ ) | |

**NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT**

COMES NOW JANET G. WATTS, Chapter 7 Trustee, and, pursuant to 11 U.S.C. §347 and FRBP 3011, hereby pays the sum of $3825.88 into the registry of the court. Said sum represents the amount of checks unpaid after 90 days. A summary of the payees and amounts is attached hereto and made a part hereof by reference.

Respectfully submitted this 18th day of October, 2009.

600 Glynn Street North, Suite C        /s/ Janet G. Watts
Fayetteville, GA 30214                  _____
(770) 461-1320                          JANET G. WATTS, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I, Janet G. Watts, certify that I am over the age of 18 and that on October 18, 2009, I served a copy of the foregoing Notice of Payment into the Registry of the Court by placing same in the United States mail, first class, adequate postage prepaid, addressed as follows: Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303.

This the 18th day of October, 2009.

/s/ Janet G. Watts
_____
JANET G. WATTS

Printed: 10/18/09 04:24 PM                          **Stale Check Report**                                    Page: 1

Trustee: JANET G. WATTS (300350)
Case:    03-68166 - PRICE CUTTER SALVAGE LIQUIDATORS CO

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 312-9225584-66 | 141 | 10/18/09 | Clerk, United States Bankruptcy Court | | | | $3,825.88 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 106 | 01/26/06 | 300 | ADT Security Services, Inc.<br>c/o Valentine & Kebartas, Inc.<br>15 Union Street<br>Lawrence, MA 01840 | 222.62 | 222.62 | 78.09 | 78.09 |
| 8 | 107 | 01/26/06 | 300 | ADT Security Services, Inc.<br>c/o Law Off. of Richard R. Della Croce<br>P.O. Box 7<br>Orland Park, IL 60462 | 125.01 | 125.01 | 43.85 | 43.85 |
| 9 | 108 | 01/26/06 | 300 | BellSouth (AT&T)<br>P.O. Box 740144<br>Atlanta, GA 30374-0144 | 30.60 | 30.60 | 10.73 | 10.73 |
| 11 | 110 | 01/26/06 | 300 | BellSouth (AT&T)<br>c/o NCO Financial Systems, INc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 | 731.50 | 731.50 | 256.58 | 256.58 |
| 12 | 111 | 01/26/06 | 300 | BellSouth (AT&T)<br>Small Business Services Bankr. Dept.<br>P.O. Box 769<br>Arlington, TX 76004 | 875.35 | 875.35 | 307.04 | 307.04 |
| 26 | 116 | 01/26/06 | 300 | Pyramid II<br>11440 Metro Parkway<br>Ft. Myers, FL 33912 | 321.16 | 321.16 | 112.65 | 112.65 |
| 31 | 119 | 01/26/06 | 300 | XO<br>11111 Sunset Hills Road<br>Reston, VA 20190-5339 | 163.79 | 163.79 | 57.45 | 57.45 |

(*) Denotes objection to Amount Filed

Printed: 10/18/09 04:24 PM                                  **Stale Check Report**                                   Page: 2

**Trustee:** JANET G. WATTS (300350)
**Case:** 03-68166 - PRICE CUTTER SALVAGE LIQUIDATORS CO

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 33 | 121 | 01/26/06 | 300 | Labor Ready<br>c/o Clovis & Roche, Inc.<br>800 CM Fagan Drive, Suite C<br>Hammond, LA 70403 | 54.75 | 54.75 | 19.20 | 19.20 |
| 36 | 122 | 01/26/06 | 300 | Wilma Allen-Trustee<br>100 East Mail, Suite 107<br>Jackson, TN 38301 | 40.28 | 40.28 | 14.13 | 14.13 |
| 37 | 123 | 01/26/06 | 300 | Bank of America<br>Attn: Legal Department<br>555 California Street, 8th Floor<br>San Francisco, CA 94104 | 86.09 | 86.09 | 30.20 | 30.20 |
| 39 | 125 | 01/26/06 | 300 | Sun State Mortgage<br>6125 East Indian School Road<br>Suite 1001<br>Scottsdale, AZ 85251 | 7,687.21 | 7,687.21 | 2,696.41 | 2,696.41 |
| 21 | 134 | 01/26/06 | 300 | Georgia Natural Gas<br>P.O. Box 440667<br>Kennesaw, GA 30160-9512 | 349.42 | 349.42 | 122.56 | 122.56 |
| 22 | 134 | 01/26/06 | 300 | Georgia Natural Gas<br>P.O. Box 440667<br>Kennesaw, GA 30160-9512 | 219.48 | 219.48 | 76.99 | 76.99 |

(*) Denotes objection to Amount Filed